# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CB10-TDT |
| | ) | Violation Number 2304779 NE-14 |
| vs. | ) | |
| | ) | |
| EDDIE J. GAMBLE, | ) | O R D E R |
| | ) | |
| Defendant. | ) | |

On the motion of the United States Attorney's Office (Filing No. 39), the above-referenced matter is hereby dismissed without prejudice and the warrant previously issued is hereby canceled.

**IT IS SO ORDERED.**

DATED this 20th day of December, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge